In re Broussard, Pierre; Moresi, Mary Lynn; Moresi, Paul G. Jr.; Broussard, Leta Leblanc; Roden, Betty Chauvin; Ackal, Elias “Bo”; Duhe, Joseph Preston; Deutschle, Gladys Duhe; Brower, Edna Ackal; Bringol, Mary Grace Broussard; Duhe, John M. et al.; — Plaintiff(s); Applying for Supervisory and/or Remedial Writs, Parish of Iberia, 16th Judicial District Court, Div. D, Nos. 86-848, 88707; to the Court of Appeal, Third Circuit, No(s). 99-2002, 2003-CA.
Writ denied. Texaco’s motion to strike granted.
LEMMON and KNOLL, JJ., recused.
MARCUS, J., not on panel; recused.